# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2016

Lyle W. Cayce
Clerk

No. 15-50883

JESSICA PATE, in her individual capacity and on behalf of J.L.C., in her capacity as his parent and his legal guardian; J. L. C., a minor, by and through his parent and legal guardian, Jessica Pate,

> Plaintiffs - Appellants

v.

KARIN HARBERS, in her individual capacity; BRENDA CHATMAN, in her individual capacity; CHARLEEN HUNTER, in her individual capacity,

> Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-375

Before KING, JOLLY, and ELROD, Circuit Judges.

PER CURIAM:*

Plaintiffs–Appellants Jessica Pate and J.L.C. appeal the district court's dismissal of their claims brought under 42 U.S.C. § 1983 against Defendants–Appellees Karin Harbers, Brenda Chatman, and Charleen Hunter. This appeal presents a close case advanced by able lawyers. We have reviewed the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 15-50883

district court's opinion, and have carefully reviewed the record and the well-argued briefs.  Finally, we have engaged in a comprehensive exchange with counsel during oral argument.

Although the defendants were presented with a close case relative to balancing the interests of this two-year-old child and the rights of the parent, we do not think the defendants acted unreasonably in the light of the established law.  The defendants are therefore entitled to claim qualified immunity and the judgment of the district court is AFFIRMED.